JS-6

N O T E :  C H A N G E S  H A V E  B E E N
M A D E  T O  T H I S  D O C U M E N T

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRY RAOUL,<br><br>                    Plaintiff,<br><br>          v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., and CITIBANK, N.A<br><br>                    Defendants. | Case No. 5:25-CV-02144-JFW-JCx<br><br>**ORDER RE JOINT STIPULATION TO STAY ACTION AND ARBITRATE CLAIMS AGAINST CITIBANK** |

The Court, having reviewed the Parties' Joint Stipulation to Stay Action and Arbitrate Claims Against Citibank and considering itself fully advised, hereby **ORDERS** that this action, including all current deadlines, is **STAYED** pending the completion of the Parties' arbitration. The clerk shall administratively close this action.

**IT IS SO ORDERED.**

Dated: October 24, 2025.

_____
Hon. John F. Walter
United States District Judge